**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1313**

---

ARTHUR O. ARMSTRONG,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge.  (MISC-01-15-1)

---

Submitted:  May 3, 2001              Decided:  May 17, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Arthur O. Armstrong appeals a district court order dismissing his motion for leave to file a lawsuit.  We have reviewed the record and the district court order and find no error.  Accordingly, we deny Armstrong's motion for leave to proceed in forma pauperis and dismiss the appeal as frivolous.  We further deny Armstrong's motion for summary judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2